UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEJANDRO HERNANDEZ GONZALEZ,

                    Plaintiff,

-v-

                  CIVIL ACTION NO.: 23 Civ. 221 (PAE) (SLC)

SPEEDWAY LLC,

                  **ORDER**

                    Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic discovery conference held today, February 7, 2023, the Court orders as follows:

1. By **Tuesday, February 14, 2023**, Plaintiff shall file either (i) a motion to remand (the "Motion"), or (ii) a letter advising the Court that he no longer intends to file the Motion.

Dated:       New York, New York
                February 7, 2023

                                                SO ORDERED.

                                                _____
                                                **SARAH L. CAVE**
                                                **United States Magistrate Judge**