

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**DANIEL E. FURSHPAN**
(516) 357-3436
daniel.furshpan@rivkin.com

September 26, 2023

> Defendant's request at ECF No. 26 is GRANTED.  The telephonic status conference scheduled for October 10, 2023 is ADJOURNED to **Friday, November 3, 2023, at 10:00 a.m.**
>
> The Clerk of Court is respectfully directed to close ECF No. 26.
>
> SO ORDERED.     9/26/2023
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

Magistrate Judge Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, NY  10007

Re:     ***Hernandez Gonzalez, Alejandro v. Speedway LLC***
        Civil Case No: 23-cv-00221(PAE)(SLC)

Dear Magistrate Judge Cave:

My office represents Defendant Speedway LLC in this matter. I am writing to respectfully request a short adjournment of the status conference scheduled for October 10, 2023. The reason for the request is because I will be out of the country on that date without telephone access. Unfortunately, there is no one else at my office who is available.

I have conferred with Plaintiff's counsel, Andrew Sfouggatakis, who has no objection. We are both available on the dates listed below, or on any other date the Court is available.

October 16, 18, 20, 24, November 3.

We appreciate Your Honor's consideration of this request.

Respectfully submitted,

By: _____/s/_____
Daniel Furshpan
RIVKIN RADLER LLP
926 RXR Plaza, 10th Floor
Uniondale, NY 11556-0926
(516) 357-3436/3333-Fax #
RR File No. 9949-10030

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

7743168.v1