UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEJANDRO HERNANDEZ GONZALEZ,

                              Plaintiff,

-v-                                       CIVIL ACTION NO.: 23 Civ. 221 (PAE) (SLC)

SPEEDWAY LLC,                            **ORDER**

                              Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic conference held today, November 3, 2023, the Court orders as follows:

1. Plaintiff's deposition is reopened for no more than 90 minutes of on-the-record time, exclusive of breaks and other interruptions, to permit Defendant to question Plaintiff regarding: (i) his receipt of photographs taken at the scene of the accident, as referenced in the Court's order at ECF No. 22, and (ii) names and identifying information of individuals with whom he had substantive discussions regarding the accident, his injuries, and his medical treatment.

2. Defendant's request to compel disclosure of information regarding litigation funding (see ECF No. 28) is DENIED WITHOUT PREJUDICE.

3. The deadline for the parties to complete fact discovery is EXTENDED to **December 29, 2023**. Within one week of the close of fact discovery—that is, by **January 5, 2024**—the parties shall file a joint letter certifying that fact discovery is complete.

4. A telephonic status conference is scheduled for **Monday, December 18, 2023 at 10:00 a.m.**, on the Court's conference line (the "Conference").  The parties are directed to call:  (866) 390-1828; access code:  380-9799, at the scheduled time.

5. By **December 14, 2023**, the parties shall file a joint letter detailing their progress as to the items set forth above and presenting any open discovery issues to be discussed at the Conference.

6. The parties shall order a transcript of today's conference and file it on the docket. By **November 6, 2023**, the parties shall complete the annexed transcript request form and submit one request to etranscripts@nysd.uscourts.gov.

Dated:     New York, New York
           November 3, 2023

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**