UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――――

ALEJANDRO HERNANDEZ GONZALEZ,

                       Plaintiff,

   -v-                                  CIVIL ACTION NO. 23 Civ. 221 (PAE) (SLC)

SPEEDWAY LLC,                          **ORDER**

                       Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at ECF No. 32 (the "Order"), the parties were required, by December 14, 2023, to file a joint letter detailing their progress as to the items discussed in the Order and presenting any open discovery issues to be discussed at the telephone conference scheduled for December 18, 2023 (the "Conference"). The parties have not done so.

As a one-time courtesy, the Court _sua sponte_ extends the parties' deadline to do so to **December 15, 2023 at 3:00 p.m.**

Dated:      New York, New York
              December 15, 2023

                                                  SO ORDERED.

                                                _/s/ Sarah L. Cave_
                                                **SARAH L. CAVE**
                                                **United States Magistrate Judge**