UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEJANDRO HERNANDEZ GONZALEZ,

                    Plaintiff,

  -v-                                   CIVIL ACTION NO. 23 Civ. 221 (PAE) (SLC)

SPEEDWAY LLC,                      **ORDER**

                    Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the Court's December 15, 2023 Order (ECF No. 38), the telephone conference scheduled for December 18, 2023 (ECF No. 32) is CANCELLED.

The Clerk of Court is respectfully directed to terminate the December 18, 2023 conference.

Dated:        New York, New York
               December 18, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**