UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEJANDRO HERNANDEZ GONZALEZ,

                Plaintiff,

   -v-                                     CIVIL ACTION NO. 23 Civ. 221 (PAE) (SLC)

SPEEDWAY LLC,                              **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendant's letter (1) seeking an order compelling two non-parties to comply with deposition subpoenas, and (2) requesting that the Court enter subpoenas for Defendant to obtain Plaintiff's cell phone records.  (ECF No. 40 (the "Letter-Motion")).  Construing the Letter-Motion as a request to discuss these issues at the telephone conference scheduled for February 5, 2024 (ECF No. 38 (the "Conference")), the Letter-Motion is GRANTED solely to the extent that these issues will be discussed at the Conference.  By **February 2, 2024**, Plaintiff shall file a response to the Letter-Motion.  By **February 2, 2024**, Defendant shall serve the Letter-Motion and this Order on the non-party deponents and file proof of service.

The Clerk of Court is respectfully directed to close ECF No. 40.

Dated:         New York, New York
                   January 31, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2