UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEJANDRO HERNANDEZ GONZALEZ,

                Plaintiff,

-v-                              CIVIL ACTION NO. 23 Civ. 221 (PAE) (SLC)

SPEEDWAY LLC,                      **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

      Pursuant to the telephonic conference held today, February 5, 2024, the Court orders as follows:

1. Defendant's motion for an Order compelling non-parties Yudelka Carrero and Ligther Aracena to appear for depositions (ECF No. 40 at 1–2) is HELD IN ABEYANCE pending the parties' efforts to have the non-parties appear voluntarily for deposition.

2. Defendant's request (ECF No. 40 at 2–3) that the Court so-order document subpoenas for certain of Plaintiff's cell phone records to Verizon (ECF No. 40-5) and T-Mobile (EF No. 40-6) is GRANTED.  The Court will enter the subpoenas by separate Orders.

3. The parties' joint request for an extension of time to complete fact and expert discovery (ECF No. 41) is GRANTED.

    a. The fact discovery deadline is EXTENDED from February 12, 2024 to **March 28, 2024**.  By **April 4, 2024**, the parties shall file a joint letter certifying the close of fact discovery.

    b. The expert discovery deadline is EXTENDED from May 10, 2024 to **June 24, 2024**. By **July 1, 2024**, the parties shall file a joint letter certifying the close of all discovery.

4. A telephonic status conference is scheduled for **Tuesday, March 12, 2024 at 12:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

5. Either party may order a transcript of today's conference by completing the annexed transcript request form and submitting the request to etranscripts@nysd.uscourts.gov.

Dated:    New York, New York
             February 5, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

[RESET] [PRINT] [SAVE] [EMAIL]