USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEJANDRO HERNANDEZ GONZALEZ,

                Plaintiff,

-against-

SPEEDWAY LLC,

                Defendant.

23-CV-00221 (MMG) (SLC)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Any date, deadline, conference, or oral argument before or directed by the Magistrate Judge will proceed as ordered. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: February 26, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge