USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEJANDRO HERNANDEZ GONZALEZ,

                Plaintiff,

-against-

SPEEDWAY LLC,

                Defendant.

23-CV-00221 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      In accordance with the Court's Individual Rules & Practices, it is hereby ORDERED that counsel for all parties shall appear for a post-discovery conference on **Tuesday, July 8, 2025, at 2:00 p.m.** in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

      It is further ORDERED that any pre-motion letter regarding summary judgment shall be due no later than **June 17, 2025**, and response(s) shall be due no later than **June 24, 2025**. If no party files a pre-motion letter, then the parties' joint letter shall be due no later than **June 24, 2025**.

Dated: May 27, 2025
       New York, New York

                                          SO ORDERED.

                                          MARGARET M. GARNETT
                                          United States District Judge