# PAVLOUNIS | SFOUGGATAKIS, LLP
### ATTORNEYS AT LAW

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 7/1/2025

July 1, 2025

Honorable Margaret M. Garnett
United States District Judge for the
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re: **Alejandro Gonzalez v. Speedway LLC.**
Docket No. 1:23-cv-00221

Dear Judge Garnett:

Our office represents the Plaintiff. We request conversion of the July 8th conference to one by telephone or virtually, or alternatively, an adjournment if it shall remain in person. The reason for this request is that the undersigned will be on vacation and is the only attorney in this firm admitted to practice in federal Court.

The Defendants' attorneys consent to an adjournment, but do not consent to converting the conference to one by telephone or virtually.

If the Court insists on an in-person conference, then I am available any date after July 21st.

Many thanks to the Court for its consideration.

Respectfully submitted,

Andrew G. Sfouggatakis

---

**Application GRANTED.** The post-discovery conference currently scheduled for July 8, 2025, shall be ADJOURNED to **Tuesday, July 29, 2025, at 9:30 a.m.** The conference shall be held in person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007. The Clerk of Court is respectfully directed to terminate Dkt. No. 79.

SO ORDERED. Date: 7/1/2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE