

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**DANIEL E. FURSHPAN**
PARTNER
(516) 357-3436
daniel.furshpan@rivkin.com

September 5, 2025

> The parties request to adjourn the settlement conference on September 12, 2025 is GRANTED and the settlement conference is RESCHEDULED to **Tuesday, January 13, 2026** at 10:00 a.m. by videoconference. The parties are referred to the scheduling order at ECF No. 83 for settlement conference procedures with the exception of written submissions, which shall be due on **Wednesday, January 7, 2026**.
>
> The clerk of the Court is respectfully directed to close ECF No. 84.
>
> SO ORDERED   9/8/25
>
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

Magistrate Judge Sarah Cave
U.S. District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   *Alejandro Gonzalez v. Speedway LLC*
      Index No.: 1:23-cv-00221 (PAE-SLC)
      RR File No.:  9949-10030

Dear Judge Cave:

Our office represents Defendant, Speedway LLC. On behalf of both parties, we respectfully request an adjournment of the settlement conference currently scheduled for September 12. The parties propose rescheduling the conference to a date convenient to the Court in January 2026.

The parties believe that additional time is needed in order to have a more productive settlement conference and increase the chances of resolution.

We appreciate the Court's time and consideration.

Respectfully submitted,

RIVKIN RADLER LLP

Daniel E. Furshpan

DEF:dme

4913-4288-0870, v. 1

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925 F 904.467.3461

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777