UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEJANDRO HERNANDEZ GONZALEZ,

                            Plaintiff,

    -v-                                               CIVIL ACTION NO. 23 Civ. 221 (MMG) (SLC)

SPEEDWAY LLC,                                         **ORDER**

                            Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Based on the parties' letter informing the Court that the parties reached a settlement in principle (Dkt. No. 96), the settlement conference scheduled for January 13, 2026, and all other deadlines in this action, are ADJOURNED sine die.

Dated:      New York, New York
            December 15, 2025

                                      SO ORDERED.


_____
SARAH L. CAVE
**United States Magistrate Judge**